AO 240 (Rev. 10/03)

**FILED**

# UNITED STATES DISTRICT COURT

District of Columbia

MAR 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ronald Stern
Plaintiff

V.

Federal Bureau of Prisons
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

Case: 1:07-cv-00564
Assigned To : Unassigned
Assign. Date : 03/22/2007
Description: RONALD STERN v. FEDERAL BUREAU OF PRISONS

I, Ronald Stern declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  FSL Jesup

   Are you employed at the institution?  No   Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   
   Over four - five years ago

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends             ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments      ☐ Yes   ☒ No
   e. Gifts or inheritances                            ☒ Yes   ☐ No
   f. Any other sources                                ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   My son occasionally sends me small amounts of money.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☒ Yes    ☐ No

   If "Yes," state the total amount. $47.09 in prison account

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_____2/12/07_____              _____Ronald Stern_____
         Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



| | |
|---|---|
| Inmate Reg #: | 25241053 |
| Inmate Name: | STERN, RONALD |
| Report Date: | 02/12/2007 |
| Report Time: | 11:25:30 AM |
| Current Institution: | Jesup FCI |
| Housing Unit: | JES-A |
| Living Quarters: | A04-411L |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5921 |
| PAC #: | 428318201 |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 4/6/2004 |
| Local Account Activation Date: | 3/26/2005 3:26:16 AM |
| Sort Codes: | |
| Last Account Update: | 2/9/2007 12:23:05 PM |
| Account Status: | Active |
| Phone Balance: | $67.80 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Monthly | $50.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $47.09 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $47.09 |
| National 6 Months Deposits: | $1,250.00 |
| National 6 Months Withdrawals: | $1,202.91 |
| National 6 Months Avg Daily Balance: | $86.53 |
| Local Max. Balance - Prev. 30 Days: | $263.69 |
| Average Balance - Prev. 30 Days: | $115.12 |

## Commissary History

### Purchases

Validation Period Purchases: $31.20
YTD Purchases: $645.70
Last Sales Date: 2/8/2007 10:53:56 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $31.20
Remaining Spending Limit: $258.80

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:



## Deposits

| | |
|---|---|
| Inmate Reg #: | 25241053 |
| Inmate Name: | STERN, RONALD |
| Report Date: | 02/12/2007 |
| Report Time: | 11:25:43 AM |
| Current Institution: | Jesup FCI |
| Housing Unit: | JES-A |
| Living Quarters: | A04-411L |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 2/9/2007 12:23:05 PM | JES1670 | FRP Monthly Pymt | ($50.00) | IOS0005 | | $47.09 |
| 2/8/2007 10:53:56 AM | JES8207 | Sales | ($31.20) | 105 | | $97.09 |
| 2/5/2007 10:12:13 AM | JES7260 | Inmate Co-pay | ($2.00) | GICP0207 | | $128.29 |
| 2/1/2007 10:49:23 AM | JES8207 | Sales | ($25.75) | 95 | | $130.29 |
| 1/25/2007 11:10:28 AM | JES8207 | Sales | ($44.65) | 108 | | $156.04 |
| 1/22/2007 8:00:17 PM | TP_PHONE | Phone Withdrawal | ($63.00) | TFN0122 | | $200.69 |
| 1/21/2007 6:11:59 PM | AMSERVICE | Western Union | $250.00 | 33308107 | | $263.69 |
| 1/18/2007 11:04:27 AM | JES8207 | Sales | ($35.05) | 107 | | $13.69 |
| 1/11/2007 11:23:40 AM | JES8207 | Sales | ($39.85) | 114 | | $48.74 |
| 1/5/2007 12:07:10 PM | JES1670 | FRP Monthly Pymt | ($50.00) | IOS0004 | | $88.59 |
| 1/4/2007 1:01:53 PM | JES8207 | Sales | ($44.25) | 97 | | $138.59 |
| 12/19/2006 11:13:43 AM | JES4033 | Sales | ($82.52) | 133 | | $182.84 |
| 12/19/2006 11:13:43 AM | JES4033 | SPO - Released | $34.01 | 397 | | |
| 12/13/2006 11:53:27 AM | JES8207 | Sales | ($40.05) | 150 | | $265.36 |
| 12/12/2006 5:13:49 PM | AMSERVICE | Western Union | $250.00 | 33305207 | | $305.41 |
| 12/8/2006 2:31:12 PM | JES0515 | SPO | ($34.01) | 397 | | |
| 12/3/2006 3:06:12 PM | TP_PHONE | Phone Withdrawal | ($10.00) | TFN1203 | | $55.41 |
| 11/29/2006 11:08:08 AM | JES8207 | Sales | ($36.75) | 124 | | $65.41 |
| 11/21/2006 11:17:48 AM | JES8207 | Sales | ($56.90) | 126 | | $102.16 |
| 11/16/2006 8:15:39 PM | TP_PHONE | Phone Withdrawal | ($50.00) | TFN1116 | | $159.06 |
| 11/15/2006 11:11:22 AM | JES8207 | Sales | ($15.90) | 128 | | $209.06 |
| 11/14/2006 10:11:47 PM | AMSERVICE | Western Union | $200.00 | 33303207 | | $224.96 |
| 11/14/2006 1:57:32 PM | DataMig | Phone Rev With Rel | $24.96 | ITS2CONV | | $24.96 |
| 11/3/2006 12:06:23 PM | JES1670 | FRP Monthly Pymt | ($36.97) | IOS0002 | | $0.00 |
| 11/2/2006 12:08:38 PM | JES8207 | Sales | ($65.40) | 208 | | $36.97 |
| 11/1/2006 5:19:21 PM | AMSERVICE | Western Union | $100.00 | 33302307 | | $102.37 |
| 10/30/2006 9:49:47 AM | JES2383 | Inmate Co-pay | ($2.00) | GICP1006 | | $2.37 |
| 10/18/2006 10:44:27 AM | JES8207 | Sales | ($24.50) | 122 | | $4.37 |
| 10/17/2006 8:01:34 PM | AMService | Phone Withdrawal | ($10.00) | ITS1017 | | $28.87 |
| 10/11/2006 9:49:55 AM | JES4033 | Sales | ($62.03) | 105 | | $38.87 |
| 10/10/2006 4:10:36 PM | AMSERVICE | Western Union | $100.00 | 33300707 | | $100.90 |
| 10/6/2006 12:12:53 PM | JES1670 | FRP Monthly Pymt | $0.00 | IOS0001 | | $0.90 |
| 10/4/2006 9:36:19 AM | JES8207 | Sales | ($40.90) | 84 | | $0.90 |
| 9/20/2006 9:09:38 AM | JES0607 | Sales | ($58.20) | 90 | | $41.80 |
| 9/19/2006 3:14:04 PM | AMSERVICE | Western Union | $100.00 | 33325306 | | $100.00 |
| 9/8/2006 9:32:29 AM | JES1670 | FRP Monthly Pymt | ($29.80) | IOS0012 | | $0.00 |
| 9/6/2006 8:03:08 PM | AMService | Phone Withdrawal | ($20.00) | ITS0906 | | $29.80 |
| 9/6/2006 11:04:19 AM | JES0607 | Sales | ($27.85) | 117 | | $49.80 |
| 8/30/2006 10:51:42 AM | JES0515 | Sales | ($37.90) | 106 | | $77.65 |
| 8/23/2006 10:59:35 AM | JES0607 | Sales | ($32.35) | 115 | | $115.55 |
| 8/16/2006 9:42:17 AM | JES0607 | Sales | ($42.10) | 97 | | $147.90 |
| 8/15/2006 4:32:37 PM | AMService | Phone Withdrawal | ($60.00) | ITS0815 | | $190.00 |
| 8/14/2006 7:09:11 AM | AMSERVICE | Western Union | $250.00 | 33322706 | | $250.00 |
| 8/9/2006 11:08:18 AM | JES0607 | Sales | $0.00 | 124 | | $0.00 |
| 8/4/2006 11:49:19 AM | JES1670 | FRP Monthly Pymt | ($36.45) | IOS0011 | | $0.00 |
| 8/2/2006 7:15:44 AM | JES0607 | Sales | ($29.15) | 30 | | $36.45 |
| 7/26/2006 8:15:02 AM | JES0607 | Sales | ($35.80) | 56 | | $65.60 |
| 7/19/2006 11:08:17 AM | JES0607 | Sales | ($50.30) | 120 | | $101.40 |
| 7/12/2006 8:35:12 AM | JES0607 | Sales | ($82.50) | 72 | | $151.70 |
| 7/7/2006 8:59:26 AM | JES1670 | FRP Monthly Pymt | ($135.00) | IOS0010 | | $234.20 |

1 2

## All Transactions

| | |
|---|---|
| Inmate Reg #: | 25241053 |
| Inmate Name: | STERN, RONALD |
| Report Date: | 02/12/2007 |
| Report Time: | 11:25:51 AM |

| | |
|---|---|
| Current Institution: | Jesup FCI |
| Housing Unit: | JES-A |
| Living Quarters: | A04-411L |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 7/6/2006 5:15:43 PM | AMSERVICE | Western Union | $250.00 | 33320006 | | $369.20 |
| 7/5/2006 7:34:03 AM | JES0607 | Sales | ($31.40) | 36 | | $119.20 |
| 7/2/2006 4:58:10 PM | AMService | Phone Withdrawal | ($60.00) | ITS0702 | | $150.60 |
| 6/20/2006 9:31:56 AM | JES4033 | Sales | ($69.95) | 78 | | $210.60 |
| 6/13/2006 11:10:10 AM | JES7698 | Sales | ($51.00) | 148 | | $280.55 |
| 6/9/2006 9:18:18 AM | JES1670 | FRP Quarterly Pymt | ($25.00) | IOS0009 | | $331.55 |
| 6/7/2006 6:17:04 PM | AMSERVICE | Western Union | $250.00 | 33317906 | | $356.55 |
| 6/6/2006 11:36:43 AM | JES7698 | Sales | ($25.70) | 106 | | $106.55 |
| 5/30/2006 7:57:59 AM | JES7698 | Sales | ($23.20) | 45 | | $132.25 |
| 5/23/2006 11:40:28 AM | JES7698 | Sales | ($19.10) | 129 | | $155.45 |
| 5/23/2006 7:25:57 AM | JES7260 | Inmate Co-pay | ($2.00) | FICP0506 | | $174.55 |
| 5/16/2006 8:01:10 AM | JES4033 | Sales | ($48.95) | 55 | | $176.55 |

1 2